## THIRD DEPARTMENT, JUNE, 1968

### (June 4, 1968)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN EARL KNAPP, Petitioner, v. CHARLES L. McKENDRICK, as Warden of Wallkill Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied as insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.